UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In Re:                                                                         Case No. 1933560
KIZZY BRENETTA JACKSON                              Chapter 13
122 DANYA COURT
PRATTVILLE, AL 36067

Debtor

## Order Releasing Wages

The Income Withholding Order previously issued by the Court to the following employer is hereby RELEASED:

                               PARADIGM INVESTMENT GROUP
                               ATTN PAYROLL
                               P O BOX 12956
                               OKLAHOMA CITY, OK  73157-2956

The above employer is authorized to pay all future wages to the debtor.

Done this Friday, January 13, 2023.

                                                                       */s/ Christopher L. Hawkins*
                                                                       Christopher L. Hawkins
                                                                       United States Bankruptcy Judge

cc:  Kizzy Brenetta Jackson